

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

2021 AUG 24  PM 4: 11

CLERK SANTA FE

# Addendum to Case No. 1:2021cv00806
## Cover Page 8/24/2021

COOMBS, Terry

Name

1439 W. Chapman Ave.

Orange,   CA      92868

Address

FILED
at Santa Fe, NM

AUG 2 0 2021

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

COOMBS, Terry _____, Plaintiff

(Full Name)

v.

FENN, Forrest; OLD, Zoe;
KILE, Jenny;          Defendant(s)
PRESTON, Douglas;
SWIFT, Taylor;
STUEF, Jack;

CASE NO _____
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.§1983

### A.   JURISDICTION

1)    COOMBS, Terry _____, is a citizen of _____ USA _____

(Plaintiff)                                ( State )

## Continuation Count I, Supporting facts:

18. Other than Fenn Insiders & the Treasure Team with given knowledge, (a few Searchers wonder if there is a Swift connection but have solved nothing to prove it), I am the only person in the world as of today, that fully understands the T. Swift re-creation of the Fenn Chase & clues in lyrics, videos & the Grammy performance. 20-100 million people or more worldwide may now be interested in learning about this treasure tale & the clues that Swift re-creates. A new international group may become Fenn Treasure Chase fans. The Chest & contents are important beyond just a buckskins value. The fans will not care if their Idol knew that Fenn was not playing a fair game for all. Tickets will sell-out in seconds as always.

19. I request to use the actual Treasure as evidence. <u>I request the Court to seize the Treasure immediately</u>. Z. Old has passed the Treasure to an unknown & may easily retrieve it for Court evidence. I will possibly be able the prove that the Treasure was artificially aged at the Fenn residence in Sante Fe or in a certain town in Pennsylvania by Kile. If chlorine, fluoride or other certain chemicals are present with the rusted items, then that is proof it was not aged in nature but was aged with city tap water or a specific well water. The Treasure should not be further touched as an attempt to wipe away evidence. The Treasure has potentially already been cleaned & tampered with by Defendants Fenn, Old, Kile & Stuef. Any evidence tampering could be considered criminal.

20. If the twig from the Chest is conveniently missing, then Plaintiff cries foul, & wishes the Court to consider criminal evidence tampering charges for Fenn, Kile, Stuef. The twig can possibly be traced back to South Dakota.

21. A pair of scissors was added to the Chest 2010-2020. Kile saw on google maps a geo-formation next to the Treasure location & geo-India that looked like scissors. She created another geo-clue similar to the geo-India clue. Fenn was surprised to see rusty scissors in the chest 6/7/2020. He said he didn't remember them. Kile added the scissors as a surprise for Fenn, but Fenn wasn't amused. Fenn knew Kile was making big mistakes with his Hunt. See evidence page 40.

22. The scissors in the Chest is 100% proof that: Kile was in procession of the Chest between 2010 & 2020 & that Kile was manipulating Chest contents in the years 2010-2020. She proves my allegations. She misjudged the potential of a Real Solver existing during her clue creations. Fenn created the Blaze shape, Peak/Flutterby shape & George Washington profile geo-formation-shape clues before 2010, & Kile added to them after 2010 with the India & Scissors geo-formation-shape clues. Fenn let Kile get themselves caught by the one Real Solver.

23. The evidence is absolute & undeniable. Fenn & Kile are in a Fenn Chase absolute, fully solved, & documented **Partnership**. Z. Old entered the Partnership after Mr. Fenn's passing by default. This Partnership is the <u>big secret from the Searcher Community</u> & is of the upmost goal of the many knowledgeable Operatives, the workers, for the Treasure Team, to keep this secret. It is not yet completely known how the many Operatives are being paid by the Treasure Team. The Treasure Team is not named in this Complaint. Only J. Kile is a Fenn Partner, Insider & Treasure Team member. She is the secret Team Leader. Many Operatives for the Team do not know themselves of the Fenn/Kile Partnership as this secret may not ever be known or the entire Fenn Treasure Chase/Hunt will collapse as a hoax/scam/fraud by Hoaxers/Scammers/Defrauders.

## Section E.   Relief

**Add verbiage to Relief Requests as follows:**

At the end of Relief 1:   <u>Plus, the original digital photoshop or other edit drawing file & any mock-up of the green rock key from San Lazaro. And the scissors with rust untampered.</u>

At the end of Or Option 2:   <u>Plus, from the Chest, Item 1: the 1903 rusty gold clue-coin. & Item 2: the twig.</u>

The following evidence pages are from the collection of New Articles written between 6/6/2020 & today. Further evidence will be presented.



# Title to the Gold

a treasure hunt solve

Terry Coombs

## 5th Edition

Copyright © 2020 by Terry Coombs
Pending Library of Congress
Published August 20, 2020 tycmbs1@gmail.com
All rights reserved. This book or any portion thereof may not be reproduced or used in any manner whatsoever without the express written permission of the Writer except for the use of brief quotations in a book review.
Date of first published Article on Amazon.com,
 June 10, 2020
'Title to the Gold'
available

3

**Poem, books, treasure chest**

As I have gone alone in there
And with my treasures bold,
I can keep my secret where,
And hint of riches new and old.

Begin it where warm waters halt
And take it in the canyon down,
Not far, but too far to walk.
Put in below the home of Brown.

From there it's no place for the meek,
The end is drawing ever nigh;
There'll be no paddle up your creek,
Just heavy loads and water high.

If you've been wise and found the blaze,
Look quickly down, your quest to cease
But tarry scant with marvel gaze,
Just take the chest and go in peace.

So why is it that I must go
And leave my trove for all to seek?
The answers I already know
I've done it tired, and now I'm weak

So hear me all and listen good,
Your effort will be worth the cold.
If you are brave and in the wood
I give you title to the gold.



worth 2 million hidden in 2010. The Chase for the gold was on in the Rocky Mountains, USA. Be the first to SOLVE the clues, and it is yours.



9



**Report Part 1: KEY1 Location**

This shape, I call the Green Rock KEY1 CLUE, repeats over and over in many clues. Find the shape in nature and you are on to something.

This green rock may be created or photoshopped. Mr. Fenn acted like he just picked it up at Lazaro. Released clue August 2011.



The Key Rock (look closely at the whole rock) fits into this key shape on the side of... this natural rock formation.

12



Fenn used one of these two ledge shapes for the Green Rock Key shape Hint shown in red & blue.

13



The two Rock Keys in their slot. My guess is that he was using the smaller ledge shape.





This cave opening shape matches the shape of the Rock Key. A great clue at Medicine Rock.

Many shape clues are flipped or negatives like this cave shape.
The News Reporter in the picture may not have noticed. Fenn saw this cave shape and it was natural so he staged the picture.

16





Fenn at San Lazaro long ago. His arm is on a rock that matches the Rock Key shape. Great photoshop work. Fenn has a great Graphics Designer and Artist.

2011

Tomahawk clue. Similarites to the Green Rock Key. The Green Rock Key may have been photoshop created from this tomahawk head.



Careful picture set-up by the Finders 6/6/2020
Full circle for the Green Rock Key clue.
2011 to the 2020 end of Chase.
Forrestfenntreasure.com said to look at the key and that this is a clue. It's pointed at
the rusty 1903 Lady who is looking at some nuggets that fit together exactly like what

we have seen in clues before. The Rock Key shape.
Did you barely notice that the Green Rock Key is there, in it's place, in the Chest?

19



Very good and well executed picture clues. They are in many other clues also.



This clue/ hint is not good work. The Fenn' Artist would have done better. So who created the waterfall 11/15/2018 clue?

Forrest Fenn Treasure
November 15 2018

Question of the day to think about: does 'warm waters halt' have to do with temperature?
Photo by @chance_the_author

Forrest Fenn Treasure
@forrestfenntreasuregui
de

Home
Reviews
About
Videos
Photos
**Posts**
Community

Create a Page

21



The photoshop bracelet clue. This bracelet does not exist as is.
If the spallies have it
from Fennborree 1
then please come forward.
You would be in the Fenn
Inner Circle Treasure Team
Parties to have this.
How much for this
Bracelet?

22



Fenn explaining in 2012 that this Key will change history. The Key points at an oval stone with a replica of the Geen Rock Key in miniture. Fenn is pointing to two keys.

HELP, THEY WANT MY NOSE IN THAT HOLE TO SHOW THE LOCATION OF THE GREEN ROCK KEY SLOT ON SOME OVAL THING. THIS IS ABUSE. I WANT OUT OF HERE. MY NAME IS MR. TOAD, NOT THE FROG!!! GIVE ME TO THE REAL SOLVER! LOOK AT THE FLUTTERBY BRACELET KEY SLOT TO SEE ME STEALING A MAVERICK IN 1908



23



The miniRockKey was filed and created by Fenn. Correct location on the oval. There will be many 'oh wow' moments coming up. Again if you just cannot see any similarity then..

24



Page 25

There are some other hints here. Try your luck.

The second Key has a shape next to it. This shape is a common clue some Searchers have worked on.

25



Crevice that is also the large crevice on the face of the Turquoise Bracelet.

The Main Keyslot on the Flutterby Bracelet has a horse photoshopped in. This is to grab attention for a main clue. The Green Rock Key is shaped like a horse back. Many animal back shapes are clues. A child can solve the poem and Chase is also a clue. The Great Spirit Horse of the Plains will set you free. And it is Mr. Toad when he stold the horse after the others searched down a river without clues and came upon their special holy place and Spirit.

26



18



The

BLM New Mexico Statewide Spatial Data

Flat Top Turquoise Bracelet is a Photoshop tracing of a BLM Topo Map. This is the 100% Solve. It is ok to go into denial.

You are not crazy. This is 1 in a million that the match is 100%

67



And just sitting on the ground were he left the Chest. He was not planning to go lay on the ground and die in some dirt and weeds in Wyoming. It's silly that he felt he had to include such ridiculous details about the new narrative.



for millionaires, and that is just the KEY clues. Others later. Cinderella has entered the Article. This is News. Cinderella knows all about the empty crevice crypt.

Hey, I see a Key under Mr. Twig,
Pointing at a corroded coin 1903.
Did Fenn plan for the cheap key for the cheap chest to corrode the 1903 gold coin?
Overalls? Yes

The Finder staged a Key under the Wood pic and copied an old MW.com desk clue.

Why is MW.com involved in creating Fenn Treasure clues. How do they know so much that they create such good clues?

The 'good clues' is the giveaway. The India clue was stellar! But if you do not know about Navajo Peak then you cannot create the great clue and here, another Wood and Key is 100% give away to the truth.

Fenn did not want this key to rust. but the clue would fit a new narrative



There are so many clues in this pic that I do not care anymore.
The Chamisa (Chama) is actually twisted Juniper wood from Lazaro. Clue1

The under key points to a Juniper book, ceremony incense, flip guide (many clues are flipped or negative images), Cinderella (rags to riches story), stacked investing books

122



Fenn estimated that 350,000 people worked on the treasure hunt over the decade. And there was not any Fenn treasure out there in his claimed states.

Who and why does Fenn have his Inner Circle Treasure Team?

MW.com will continue growing the Fenn legacy for 40 years so they got the pay-off. Fenn did not tell them straight out, but they got extra help early-on. Wink.

Now as of 7/18/2020 the forrestfenntreasureguide.com website is shutoff. On 2/17/2020 they were all happy on that website because they were vacationing at MT. Rushmore.

Just after that the forrestfenntreasure.com website went live and announced that the Fenn Treasure was up for auction.

The Treasure pictures were taken at Mt. Rushmore Yes, Mr. Twig was picked up off the side of a path and the rest is history. Mr. Twig said that he does not care if he came from a backyard in PA, he identifies with Rushmore. The website went on to tell you that you were looking at a clue that had to do with the Key. The website moderator was quite sure of each move that was being made with the Treasure and clues.



MW.com poem for Hunt #6 in 2019.

**Forrest Fenn Gold Medallion Treasure Hunt #6**

Discover the keys to
break the code:

*Near the entrance*

*To the stream*

*between two hills*

*is the place*

*of disputed rest*

*drive along river*

*park at the end*

*thirty steps down*

*left at base*

*along the wall*

*find the crevice*

*see the stone*

*claim the medaltion*

Yes, this darn Key.
This poem can almost get you to the Fenn TC location. The crevice and 2 hills, stream and resting place and the going down. Fenn has never said 'crevice'.

Many people know exactly who, when and where the Fenn Treasure was recovered.

Cynthia may have been the last to figure it out.
Dal probably figured it out the day the poem was released but could not go get it. He was not the chosen Solver Finder. Too old.

Would you bet your life now that MW.com was involved in the recovery?
Your life is safe.

136

I hope this News Article will serve you to let this all go if you have lots of time, energy and money invested. The FICTT Fenn Inner Circle Treasure Team believe that the last 8 years have been good for you and got you off the couch and into the mountains. They feel absolutely no remorse for everything they have done and plan to do. You are grateful to have treasure clue masters to guide and help you. Your treasure Gods will be there for you because they are good and caring folk for their Flock.

I have never purchased any of the books or clues. I choose to forget all about all of them. Putting this together brought back the frustration of their self-righteousness.

So now the FICTT will continue to grow the Legacy. They all started that years ago.

Fenn could have made it to the Library of Congress without any of his Team. He deserves it in my humbled opinion. After the guy from the national morning show made the Chase famous, it probably exploded to the point that he did need help. We all may have done the same as him.

Did Forrest know everything? Maybe he was manipulated a bit and did turn his head a bit to the FICTT doings. Morals are an internal compass, and each have their own.

Fenn let others create clues for his Hunt/Chase. Criticism is allowed by the Fair Use Act. Do you have criticisms?

At 80, Fenn needed help so chose some helpers. The Graphics Designer employed by Fenn would know a lot. Testimony in a Court would be fascinating. They will not come after me because I have followed the Fair Law Act.

9/28/2018 YouTube. Cinderella was planning the willow twig clue for the Treasure Chest.

Here she only turns one item for everyone to see, an old board game.

Mr. Toad is a ride at Disneyland.

This video was supposed to be the perfect cover-up for her India created clue. That didn't work. It is forever fully understood that she knew the Treasure location, recovered the Chest, and created the India girl clue a few years later, which forever is the proof that she did an inside fraud job against the Hunt Community. Fenn should have just said no and told her put it back and shut-up.

Subscribe Today

▶  ▶|  🔊  4:50 / 5:06

MW Answers: Forrest Fenn Treasure, Little Girl from India, and BOTG Question



Artwork detail of "The Wind in the Willows" BookBench sculpture in London on August 30, 2014.

The story has similarities to some of the clues in the Chase. Fenn would have kept the book in his den. So, Mr. Twig was born and is gaining fame as did Mr. Toad. Once upon a time, I was an Engineer at Disneyland and worked on that ride.

So here she is telling the world that she feels guilt for what she has done. It's in the story. Blondie may not even realize that she is subconsciously condemning herself. She has put herself on international trial.

Categories: Entertainment, News

"The Wind in the Willows," first published in 1908, is a lovely tale by Kenneth Grahame of camaraderie, friendship and overcoming greed and excess.

The beloved children's novel features four anthropomorphized animals – a mole, water vole, badger and toad – who become close friends as the toad overcomes his selfish, greedy behavior that previously led him to do things such as steal.

For more than a century, the story's message has been clear to the children who read it. It's the message of countless children's stories: be kind to your fellow man.

Adrian Greenwood, of Oxford, owned a rare first-edition copy of the book, valued at $64,000.

Michael Danaher tortured him and stabbed him more than 30 times, killing him in order to steal the book, the very one preaching kindness, police say.

What's more, Danaher took a selfie of his blood-splattered beard and had plans to rob and kidnap actress Kate Moss, TV personality Simon Cowell and author Jeffrey Archer, among others, police say.

In 2003 *The Wind in the Willows* was listed at #16 in the BBC's survey The Big Read.[1] More than a century after its original publication, it was adapted again for the stage, as a 2014 musical by Julian Fellowes. In his preface, A. A. Milne writes,

One can argue over the merits of most books, and in arguing understand the point of view of one's opponent. One may even come to the conclusion that possibly he is right after all. One does not argue about *The Wind in the Willows*. The young man gives it to the girl with whom he is in love, and if she does not like it, asks her to return his letters. The older man tries it on his nephew, and alters his will accordingly. The book is a test of character. We can't criticize it, because it is criticizing us. ... It is a Household Book; a book which everybody in the household loves, and quotes continually; A book which is read aloud to every new guest and is regarded as the touchstone of his worth. But I must give you one word of warning. When you sit down to it, don't be so ridiculous as suppose that you are sitting in judgement on my taste, or on the art of Kenneth Grahame. You are merely sitting in judgment on yourself. You may be worthy; I don't know. But it is you who are on trial.[2]

4:58 / 5:06

138



139
140



Wind in the Willows 1968 LP (Full Album) - Debbie Harry Blondie Rarity

198,728 views · Dec 26, 2015    👍 4.1K    👎 109



RarestRecords
40.2K subscribers

In 1968 'Blondies' Debbie Harry was plying her trade with Psych Folk Band 'Wind in the Willows' - the UK Pressing of this LP is incredibly hard to find today. Just to add spice to the video I have added in some of the rare single releases associated with this LP. See my other you tube videos of obscure record releases. 'There Is But One Truth, Daddy' is a personal favourite of mine which sums up all that was great about the 'Flower Power' era.

Side 1
1. Moments Spent
2. Uptown Girl
3. So Sad (To Watch Good Love Go Bad)
4. My Uncle Used To Love Me But She Died
5. There Is But One Truth, Daddy
Side 2
1. The Friendly Lion
2. Park Avenue Blues
3. Djini Judy
4. Little People
5. She's Fantastic And She's Yours
6. Wheel Of Changes

Blondie. Blondie is telling us that she is in the Willow Band and understands all of the Willow clues. Blondie East Coast officially ties herself to the Bracelet, Navajo Peak with Mr. Toad. And a Willow twig placed by her in the Treasure Chest. Other clues are on this Bracelet. Are you a bit surprised by all of the clues, solves and evidence? I was.

Wind in the Willows an American band which included Deborah Harry as a vocalist. The band took its name from British writer Kenneth Grahame's, The Wind in the Willows, a classic of children's





Swifty's prop of wood has part key slot and part crevice in the design. Genius.. not an accident.

willow (official music video)

an (Official Music Video)

There is the wood prop CLUE in the cardigan video. She takes her prop CLUE down for the willow video. And looks directly at it so that it will maybe catch your eye. Taylor is officially in the clue business. Fenn Chase hints/clues are all over the Folklore & Evermore lyrics & videos, literally hundreds. That is a FULL News Article extravaganza. Mucho gracias mi amor..

184



I first published my Twiggy legs and posterior joke, that she matched the shape of the Green Rock Key in July 2020.

This video CLUE by Ms. Swift was published on the willow Elvira CLUE video December 2020. She is reading my mind or she had it first and I'm at the other end of her golden glowing rope, to her life changing destiny man. Hey, it worked for Elon. And a White Witch is good times.

I was in the West and she is doing her creating in the East and finding some wooded areas for videos. Sadly, not Navajo Peak. But it appears that she has been there with Fenn. I did find her tree carving shape hint there yesterday next to a new pyramid of loose rocks ritual marking next to the crevice..

185



How many Illuminati know the clue solves? It must be many.

Spades. Surely Taylor will not push the Cody WY Poker Church fake solve. Some Worker Bees believe it. Sadly, some even create clues to try to get real Searchers to try to solve the farce. Some Bees don't know they are being played..

No lost emerald ring.

She did the 90's trend dungeons witch dance. Orbs and the crevice shape were burning bright. The Blaze is not a shape on a tree but the shape is next to the crevice on a tree and new rock pyramid.

Two Rock pyramids just like the Navajo burials on Navajo Peak, NM, Rio Chama

200



Page 20

think I know nothing ?

Taylor sliding down at Fenn's angle on live TV is my high-light of the Chase. I have slid down into the crevice many times. She didn't take his advice hint either and go in with a rope tied to the tree, face down repelling.



The hand from the Irma Hotel web-site is part of the fake Wy. Solve made up by Jenny so save her from doom. An oval shaped rock too.

Someone is setting up the Fenn / Jack pics very carefully. Huh, Dan Barbosi is there too. We knew Dan would be a fraud. Guess who is setting up the shots to make new hints and clues for us dummies. If it is Dan, then he is on the Fenn Treasure Team now.



Several attempts at hints in this picture. The frog thing is against an oval. Is this Chase over now? Of course, a book about the Chase with zero proof of Jack being the real Finder/Solver.

Who placed the mouse against the Oval just in Mr. Toads place. These people are so smart. They should have had Taylor Swift set this up. She is way beyond these amateurs. Oh, they can't afford Miss Americana for the non-sense. Readers can now find other hints in the pictures.

Barbarisos bookcase has the twin peaks and pointers to it. Gee, thanks Dan. Is this hired hand by the Treasure Team a Shmuck?

The Oval eyeball of Mr. Toad has the crevice on it just like our old friend the Flutterby Bracelet.

May 25, 2021 Maybe this 6th News Article is the last. I see you Gosty. Hey, did you talk to Fenn there in your dimension for Us? A good question is why did he hire such dumb blondes to figure out how to save